UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CAROLYN WARMUS,

                             Plaintiff,                  04 Civ 8269 (SCR)

-against-                                **AFFIDAVIT OF SERVICE**

NEW YORK STATE DEPARTMENT OF
CORRECTIONAL SERVICES, GLENN GOORD,
COMMISSIONER,, LUCIEN LeCLAIRE,
DEPUTY COMMISSIONER FOR FACILITY
OPERATIONS, et al.,

                             Defendants.
------------------------------------------------------------x

       Ann Frank, being duly sworn says, I am not a party to the action, am over 18 years of age and reside at Hartsdale, New York.

       On April 11, 2005, I served a true copy of the annexed Complaint on **Defendant Terrence McElroy** in the above captioned matter by mailing the same to Rebecca Ann Durden, Esq., authorized to accept service on his behalf, in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

TO:    Rebecca Ann Durden, Esq.
         New York State Attorney General's Office
         120 Broadway
         New York, New York 10271

                                              _____
                                                 Ann Frank

Sworn to before me this
13th day of April, 2005

_____
Notary Public

                                       KIM BERG
                           Notary Public, State of New York
                            Qualified in Rockland County
                             Reg. No. 02BE5061682
                     Commission Expires September 13, 2006