UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CAROLYN WARMUS,

                           Plaintiff,                   04 Civ 8269 (SCR)

-against-                                  **AFFIDAVIT OF SERVICE**

NEW YORK STATE DEPARTMENT OF
CORRECTIONAL SERVICES, GLENN GOORD,
COMMISSIONER,, LUCIEN LeCLAIRE,
DEPUTY COMMISSIONER FOR FACILITY
OPERATIONS, et al.,

                          Defendants.
-------------------------------------------------------------x

       Ann Frank, being duly sworn says, I am not a party to the action, am over 18 years of age and reside at Hartsdale, New York.

       On May 18, 2005, I served a true copy of the annexed Amended Summons and Complaint in the above captioned matter by mailing the same to Rebecca Ann Durden, Esq., on behalf of all Defendants, authorized to accept service on his behalf, in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

TO:    Rebecca Ann Durden, Esq.
         New York State Attorney General's Office
         120 Broadway
         New York, New York 10271

                                                  _____
                                                        Ann Frank

Sworn to before me this
18th day of May, 2005

_____
Notary Public

                                      KIM BERG
                         Notary Public, State of New York
                         Qualified in Rockland County
                           Reg. No. 02BE5061682
                  Commission Expires September 13, 20__